1  Bruce D. Praet SBN 119430
   FERGUSON, PRAET & SHERMAN
2  A Professional Corporation
   1631 East 18th Street
3  Santa Ana, California  92705
   (714) 953-5300  telephone
4  (714) 953-1143 facsimile
   bpraet@aol.com
5
6  Attorneys for Defendants/Counter-Claimants
7
8                   UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10
11 MARINA RADCHUCK, individually and      )   Case No.: 2:11-CV-00486-JAM-CMK
   in her capacity as the personal       )
   representative of the ESTATE OF BARYS  )
12 RADCHUCK, the ESTATE OF BARYS         )   **ORDER re STIPULATED REQUEST**
   RADCHUCK, MARINA RADCHUCK, as         )   **AND ORDER BRIEFLY CONTINUING**
13 GUARDIAN AD LITEM of the minor        )   **DATES**
   children, ALIAKSANDR AND              )
14 ANASTASIYA RADCHUCK,                  )
                                         )
15             Plaintiffs,               )
        vs.                              )
16                                       )
   CITY OF CITRUS HEIGHTS, the           )
17 CITRUS HEIGHTS POLICE                 )
   DEPARTMENT, JEREMY HATCHELL,          )
18 individually and in his official capacity as )
   a police officer for CITRUS HEIGHTS,  )
19 NANCY WIEGEL, individually and in her )
   capacity as a police officer for CITRUS )
20 HEIGHTS, DOES 1-50, inclusive,        )
                                         )
21             Defendants.               )
   _____ )
22 CITY OF CITRUS HEIGHTS, JEREMY        )
   HATCHELL and NANCY WIEGEL,            )
23                                       )
               Counter-Claimants         )
24      vs.                              )
                                         )
25 MARINA RADCHUCK, ESTATE OF            )
   BARYS RADCHUCK, and DOES 1-10,        )
26 inclusive,                            )
                                         )
27             Counter-Defendants.       )
   _____ )
28

                                          1   Case No.: 2:11-CV-00486-JAM-CMK

1   GOOD CAUSE APPEARING therefore, it is hereby ordered that the following
2  dates shall be continued as indicated:
3      Current discovery cut-off of July 6, 2012 continued to August 17, 2012
4      Current motion filing deadline of August 3, 2012, continued to September 24,
5  2012. Hearing on said motions shall be noticed for November 7, 2012 at 9:30 a.m.
6      Current Pre-Trial date of October 12, 2012, continued to January 11, 2013, at
7  11:00 a.m.  The parties joint pretrial statement shall be filed on or before January 4, 2013.
8      Current Trial date of November 26, 2012, continued to February 25, 2013, at 9:00
9  a.m.
10 DATED:   June 18, 2012

/s/ John A. Mendez
United States District Court Judge