Bruce D. Praet SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California  92705
(714) 953-5300  telephone
(714) 953-1143 facsimile
bpraet@aol.com

Attorneys for Defendants/Counter-Claimants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA RADCHUCK, individually and in her capacity as the personal representative of the ESTATE OF BARYS RADCHUCK, the ESTATE OF BARYS RADCHUCK, MARINA RADCHUCK, as GUARDIAN AD LITEM of the minor children, ALIAKSANDR AND ANASTASIYA RADCHUCK,<br><br>　　　　　　　Plaintiffs,<br>　vs.<br><br>CITY OF CITRUS HEIGHTS, the CITRUS HEIGHTS POLICE DEPARTMENT, JEREMY HATCHELL, individually and in his official capacity as a police officer for CITRUS HEIGHTS, NANCY WIEGEL, individually and in her capacity as a police officer for CITRUS HEIGHTS, DOES 1-50, inclusive,<br><br>　　　　　　　Defendants.<br><br>CITY OF CITRUS HEIGHTS, JEREMY HATCHELL and NANCY WIEGEL,<br><br>　　　　　　　Counter-Claimants<br>　vs.<br><br>MARINA RADCHUCK, ESTATE OF BARYS RADCHUCK, and DOES 1-10, inclusive,<br><br>　　　　　　　Counter-Defendants. | Case No.: 2:11-CV-00486-JAM-CMK<br><br>**ORDER re STIPULATED REQUEST AND ORDER BRIEFLY CONTINUING DATES** |

1     GOOD CAUSE APPEARING therefore, it is hereby ordered that the following
2 dates shall be continued as indicated:
3     Current discovery cut-off of July 6, 2012 continued to August 17, 2012
4     Current motion filing deadline of August 3, 2012, continued to September 24,
5 2012. Hearing on said motions shall be noticed for November 7, 2012 at 9:30 a.m.
6     Current Pre-Trial date of October 12, 2012, continued to January 11, 2013, at
7 11:00 a.m.  The parties joint pretrial statement shall be filed on or before January 4, 2013.
8     Current Trial date of November 26, 2012, continued to February 25, 2013, at 9:00
9 a.m.
10 DATED:   June 18, 2012

/s/ John A. Mendez
United States District Court Judge