Bruce D. Praet SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California  92705
(714) 953-5300  telephone
(714) 953-1143 facsimile
bpraet@aol.com

Attorneys for Defendants/Counter-Claimants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA RADCHUCK, et al. <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF CITRUS HEIGHTS, et al., <br><br> Defendants. <br> ——————————————— <br> CITY OF CITRUS HEIGHTS, JEREMY HATCHELL and NANCY WIEGEL, <br><br> Counter-Claimants <br> vs. <br><br> MARINA RADCHUCK, ESTATE OF BARYS RADCHUCK, and DOES 1-10, inclusive, <br><br> Counter-Defendants <br> ——————————————— | Case No.: 2:11-CV-00486-JAM-CKD <br><br> **ORDER re STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE MATTER WITH PREJUDICE** <br><br> **[F.R.Civ.P., Rule 41(a)(2)]** |

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT this entire matter is dismissed with prejudice, each party to bear their own costs and fees.

DATED: January 24, 2013

/s/ John A. Mendez
John A. Mendez United States District Court Judge