Bruce D. Praet SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California  92705
(714) 953-5300  telephone
(714) 953-1143 facsimile
bpraet@aol.com

Attorneys for Defendants/Counter-Claimants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA RADCHUCK, et al.<br><br>　　　　　　Plaintiffs,<br>　vs.<br>CITY OF CITRUS HEIGHTS, et al.,<br><br>　　　　　　Defendants.<br>_____<br>CITY OF CITRUS HEIGHTS, JEREMY HATCHELL and NANCY WIEGEL,<br><br>　　　　　　Counter-Claimants<br>　vs.<br>MARINA RADCHUCK, ESTATE OF BARYS RADCHUCK, and DOES 1-10, inclusive,<br><br>　　　　　　Counter-Defendants<br>_____ | Case No.: 2:11-CV-00486-JAM-CKD<br><br>**ORDER re STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE MATTER WITH PREJUDICE**<br><br>**[F.R.Civ.P., Rule 41(a)(2)]** |

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT this entire matter is dismissed with prejudice, each party to bear their own costs and fees.

DATED: January 24, 2013

　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　John A. Mendez United States District Court Judge